AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

*Report Required by the Ethics in Government Act of 1978,*
*(5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohn, James I. | U.S. District Court – Southern District of Florida | March 17, 2005 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. District Court – Active | 5. Report Type (check appropriate type) <br><br> ___ Nomination, Date _____ <br><br> ___ Initial  __X__ Annual  ___ Final | 6. Reporting Period <br><br> Jan. 1, 2004 to Dec. 31, 2004 |
|---|---|---|
| **7. Chambers or Office Address** <br><br> U.S. District Court <br> 299 E. Broward Blvd. <br> Fort Lauderdale, FL 33301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✓ **NONE** (No reportable positions.) | |
| | |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ **NONE** (No reportable agreements.) | |
| 1995 | Florida Retirement System Pension Plan |
| | |

RECEIVED 2005 MAR 18 A 10: 5 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ✓ **NONE** (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 2004 | Goodkind, Labaton, Rudoff & Sucharow | |
| | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cohn, James I. | March 17, 2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ✓ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✓ 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | NONE (No reportable liabilities.) | | |
| | Bank United | Mortgage on Parent's Condominium | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Rental Property, Fort Lauderdale, Florida | | None | | | Sell | 1/09 | O | G | Dunmore Properties, Ltd. |
| 2 ▮▮▮▮ condominium, Hollywood Florida | | None | M | R | | | | | |
| 3 Applied Material, Inc. (AMAT) common stock | | | | | Sell | 11/23 | L | | |
| 4 EMC Corp. (EMC) common stock | | | | | Sell | 11/22 | K | | |
| 5 Intel Corp. (INTC) common stock | A | Dividend | | | Sell | 11/19 | L | | |
| 6 Boston Financial Apartments Limited Partnership | A | Interest | J | W | | | | | |
| 7 Franklin-Denver Limited Partnership | A | Interest | J | W | | | | | |
| 8 Jacksonville Electric Municipal Bond | A | Interest | K | T | Buy | 4/02 | K | | |
| 9 Orlando Wastewater Municipal Bond | A | Interest | L | T | Buy | 4/02 | L | | |
| 10 Pasco, Florida School Board Municipal Bond | A | Interest | K | T | Buy | 4/02 | K | | |
| 11 Pasco, Florida School Board Municipal Bond | A | Interest | K | T | Buy | 4/02 | K | | |
| 12 Pasco, Florida School Board Municipal Bond | C | Interest | M | T | Buy | 4/02 | M | | |
| 13 Sanibel, Florida FGIC Municipal Bond | A | Interest | L | T | Buy | 4/02 | L | | |
| 14 Vanguard Total Stock Index Mutual Fund | A | Dividend | | | Buy | 1/29 | L | | |
| 15 | | | | | Sell | 5/27 | L | | |
| 16 Vanguard Index 500 Mutual Fund | A | Dividend | J | T | | | | | |
| 17 State of Florida Deferred Compensation | B | Dividend | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cohn, James I. | March 17, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions) | | | | | | | | |
| 18 IRA #1 T.Rowe Price Science & Technology Mutual Fund | | | M | T | | | | | |
| 19 IRA #2 Vanguard 500 Index Mutual Fund | A | Dividend | | | Sell | 5/27 | M | | |
| 20 IRA #3 Vanguard Capital Opportunity Mutual Fund | B | Dividend | N | T | | | | | |
| 21 IRA #4 Vanguard Value Index Mutual Fund | A | Dividend | | | Sell | 5/27 | L | | |
| 22 IRA #5 Transamerica Annuity | A | Interest | J | T | | | | | |
| 23 IRA #6 Vanguard Total Stock Index Mutual Fund | C | Dividend | M | T | Buy | 5/27 | M | | |
| 24 Banc of America Money Market | A | Dividend | M | T | Buy | 11/23 | M | | |
| 25 | | | | | Sell | 11/29 | J | | |
| 26 Evergreen Money Market | A | Dividend | J | T | | | | | |
| 27 Vanguard Tax Exempt Money Market Fund | C | Dividend | N | T | Buy | 1/30 | O | | |
| 28 | | | | | Buy | 2/13 | K | | |
| 29 | | | | | Sell | 4/5 | N | | |
| 30 | | | | | Buy | 5/27 | L | | |
| 31 | | | | | Buy | 6/7 | J | | |
| 32 | | | | | Sell | 10/18 | J | | |
| 33 | | | | | Sell | 11/17 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cohn, James I. | March 17, 2005 |

## VII. Page 3  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 34  Vanguard Money Market | A | Dividend | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) :curate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicab itutory provisions permitting non-disclosure.

I furt_____employment and honoraria and the acceptance of gifts which have been reported are mplia_____t. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

nat_____ Date __3/17/05__

TE_____ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
3JE_____NS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544